Borinquen Sugar Co. *v.* López, Juez de Distrito.

Solicitud para que se expida mandamiento de *certiorari*.

No. 80.— Resuelto en octubre 23, 1911.

Certiorari—Recurso Adecuado en Ley—Apelación—Término para Contestar una Demanda de Desahucio.—En el caso de autos el peticionario solicitó un mandamiento de *certiorari* para anular una orden de la corte de distrito negándose a prorrogarle el término para contestar una demanda de desahucio, que el peticionario alega que en realidad es de recisión. El tribunal, sin resolver la cuestión en el fondo, decidió que constando de los autos haberse interpuesto recurso de apelación contra la sentencia dictada en dicho pleito, mediante el cual podía revisarse el error alegado en esta solicitud, era improcedente el *certiorari* solicitado, porque no se demostró que el recurso de apelación entablado en este caso no era un remedio ordinario, rápido y adecuado.

Los hechos están expresados en la opinión.

Abogados del peticionario: *Sres. Alvarez Nava y Domínguez.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Esta es una solicitud para que se expida un auto de *certiorari* fundada substancialmente en el motivo de que la corte excedió su jurisdicción al negarse a prorrogar el término para contestar una demanda entablada contra la peticionaria. Esta alega que la corte trató la demanda como si hubiera sido una acción de desahucio, cuando en realidad, la afirmación contenida en la misma, la constituyó en demanda ordinaria y, por lo tanto, la hizo sujeta no a las exigentes disposiciones de la ley referente a acciones de desahucio, sino a los preceptos más liberales del Código de Enjuiciamiento Civil. El error que específicamente se alega, es que no se le dió a la peticionaria el debido tiempo para contestar la demanda.

Creemos que en los autos existen indicaciones de que ambas partes trataron este pleito como si fuera una acción de desahucio, y aparte de toda cuestión de renuncia voluntaria de su derecho por parte de la peticionaria, parece que el error, si es que lo hubo, habría tenido el efecto de que la demanda resultara simplemente redundante; y habría dado a la peticionaria el derecho de pedir a la corte, el que negara parte de lo solicitado como desagravio, por el especial motivo de que los demandantes estaban procediendo como si la acción fuera una acción de desahucio.

No es nuestra intención resolver especialmente ninguna de las cuestiones indicadas en la presente, pues creemos que toda cuestión que se plantee por la peticionaria, puede ser revisada por nosotros en la apelación. Los autos que se nos han trasmitido, demuestran que se ha interpuesto recurso de apelación. Puede concederse, a veces, un auto de *certiorari,* aunque el peticionario tenga también derecho a un recurso de apelación. Pero, en el presente caso, el demandado, según se admite, se halla en la posesión de la finca. Se admite que el efecto de una apelación es suspender los procedimientos. La peticionaria no nos demuestra nada que nos induzca a creer, que la apelación no sea el recurso ordinario, rápido y adecuado para la revisión del error alegado.

Debe anularse el auto de *certiorari*.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Asociados MacLeary, del Toro y Aldrey.

El Juez Presidente Sr. Hernández, no tomó parte en la resolución de este caso.